# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-32-JLR |
| Plaintiff, | |
| v. | DETENTION ORDER |
| NARIS LEKHAKUL, | |
| Defendant. | |

<u>Offenses charged</u>:

    Count 1:    Conspiracy

    Count 2:    Attempted to Violate the Arms Export Control Act.

<u>Date of Detention Hearing</u>: June 4, 2013

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is a citizen of Thailand.

2.    Defendant has substantial family connections remaining in Thailand.

3.    Defendant has no substantial ties to this jurisdiction.

4. The United States has proffered that Defendant continued the alleged violations even after being warned, but increased the sophistication of the actions taken to avoid detection.

5. Defendant has substantial assets enabling him to flee.

6. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of June, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge